ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY   Sny                    DEPUTY

ENTER / JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEZMON TERELLE BROOKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR.,<br><br>　　　　Respondent. | Case No.  CV 11-06581 VBF (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 7, 2012

_Valerie Baker Fairbank_

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE